JULIA SCHMIDT, Appellant, *v.* HELEN S. DAVIDSON et al., as Executors and Trustees under the Will of FRITZ G. SCHMIDT, Deceased, Respondents.

Argued November 12, 1940; decided November 26, 1940.

*William Walter Frankel* for appellant.

*J. W. Edwards, Leon Schaefler* and *Charles M. Arak* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.